Page 2

PETITION UNDER 28 U.S.C. § 2254 FOR WRIT OF
HABEAS CORPUS BY A PERSON IN STATE CUSTODY

| United States District Court | District *Middle* |
|---|---|

| Name (under which you were convicted): *Michael Bocina* | Docket or Case No.: |
|---|---|

| Place of Confinement: *SCI - Frackville* | Prisoner No.: State *ML5893* | *Parole No. 731IR* |
|---|---|---|

| Petitioner (include the name under which you were convicted) *Michael Bocina* | v. | Respondent (authorized person having custody of petitioner) *Kathy Brittain / Pennsylvania Parole Board* |
|---|---|---|
| The Attorney General of the State of *Pennsylvania* | | *Dave Sunday* |

## PETITION

1. (a) Name and location of court that entered the judgment of conviction you are challenging: _____
   *Carbon County Courthouse*
   *Jim Thorpe, PA 18229*
   (b) Criminal docket or case number (if you know): ~~CP-13-~~ *15 CR-1131-2016 / CR-599-2016*

2. (a) Date of the judgment of conviction (if you know): _____
   (b) Date of sentencing: *September 20, 2016 / June 16, 2016*

3. Length of sentence: *6m 3d - 7y / 4m 3d - 10*

4. In this case, were you convicted on more than one count or of more than one crime?   Yes ☒   No ☐

5. Identify all crimes of which you were convicted and sentenced in this case:
   *(599) ct #3 - DUI(H) 72hrs - 5y*
   *(1131) ct #1 - DUI(H) 4m - 5y*
   *ct #3 - Endangering welfare of children (F3) 6m - 2y*

6. (a) What was your plea? (Check one)
   (1)   Not guilty ☐          (3)   Nolo contendere (no contest) ☐
   (2)   Guilty ☒              (4)   Insanity plea ☐

**FILED
SCRANTON**

AUG 25 2025

PER _____
DEPUTY CLERK

(b) If you entered a guilty plea to one count or charge and a not guilty plea to another count or charge, what did you plead guilty to and what did you plead not guilty to? _____

_____

_____

_____

_____

(c) If you went to trial, what kind of trial did you have? (Check one)

Jury ☐        Judge only ☒

7. Did you testify at a pretrial hearing, trial, or a post-trial hearing?

Yes ☐  No ☒

8. Did you appeal from the judgment of conviction?

Yes ☒  No ☐

9. If you did appeal, answer the following:

(a) Name of court: *Commonwealth Court of Pennsylvania*

(b) Docket or case number (if you know): *633-CD-2025*

(c) Result: *Pending*

(d) Date of result (if you know): _____

(e) Citation to the case (if you know): *Administrative Review / Petition for Review*

(f) Grounds raised: *• Recalculation of maximum sentence exceeding original maximum date   • Reactivation of maxed out sentence • Subject matter jurisdiction of Pennsylvania Board of Parole • Aggregation of County sentence to a state sentence • Violation of Fifth Amendment Right   • Eighth Amendment Right • Violation of Fourteenth Amendment Right*

(g) Did you seek further review by a higher state court?   Yes ☐  No ☒

If yes, answer the following:

(1) Name of court: _____

(2) Docket or case number (if you know): _____

(3) Result: _____

_____

(4) Date of result (if you know): _____

(5) Citation to the case (if you know): _____

(6) Grounds raised: _____

_____

_____

(h) Did you file a petition for certiorari in the United States Supreme Court?        Yes ❏ No ☑

    If yes, answer the following:

    (1) Docket or case number (if you know): _____

    (2) Result: _____

    _____

    (3) Date of result (if you know): _____

    (4) Citation to the case (if you know): _____

10. Other than the direct appeals listed above, have you previously filed any other petitions, applications, or motions concerning this judgment of conviction in any state court?

    Yes ❏ No ❏

11. If your answer to Question 10 was "Yes," give the following information:

  (a) (1) Name of court: _____

    (2) Docket or case number (if you know): _____

    (3) Date of filing (if you know): _____

    (4) Nature of the proceeding: _____

    (5) Grounds raised: _____

    _____

    _____

    _____

    _____

    _____

    _____

    _____

    _____

    (6) Did you receive a hearing where evidence was given on your petition, application, or motion?

      Yes ❏ . No ❏

    (7) Result: _____

    (8) Date of result (if you know): _____

  (b) If you filed any second petition, application, or motion, give the same information:

    (1) Name of court: _____

    (2) Docket or case number (if you know): _____

    (3) Date of filing (if you know): _____

    (4) Nature of the proceeding: _____

    (5) Grounds raised: _____

    _____

    _____

    _____

_____

_____

_____

_____

_____

(6) Did you receive a hearing where evidence was given on your petition, application, or motion?

     Yes ❏ No ❏

(7) Result: _____

(8) Date of result (if you know): _____

(c) If you filed any third petition, application, or motion, give the same information:

(1) Name of court: _____

(2) Docket or case number (if you know): _____

(3) Date of filing (if you know): _____

(4) Nature of the proceeding: _____

(5) Grounds raised: _____

_____

_____

_____

_____

_____

_____

_____

(6) Did you receive a hearing where evidence was given on your petition, application, or motion?

     Yes ❏ No ❏

(7) Result: _____

(8) Date of result (if you know): _____

(d) Did you appeal to the highest state court having jurisdiction over the action taken on your petition, application, or motion?

(1) First petition:     Yes ☒ No ❏

(2) Second petition:    Yes ❏ No ❏

(3) Third petition:     Yes ❏ No ❏

(e) If you did not appeal to the highest state court having jurisdiction, explain why you did not: _____

_____

_____

_____

12. For this petition, state every ground on which you claim that you are being held in violation of the Constitution, laws, or treaties of the United States. Attach additional pages if you have more than four grounds. State the <u>facts</u> supporting each ground.

<u>CAUTION: To proceed in the federal court, you must ordinarily first exhaust (use up) your available state-court remedies on each ground on which you request action by the federal court. Also, if you fail to set forth all the grounds in this petition, you may be barred from presenting additional grounds at a later date.</u>

**GROUND ONE:** _Fifth Amendment Violation_

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.): _The Parole Board is in violation of Petitioner's Fifth Amendment Right of being protected against Double Jeopardy by causing Petitioner to serve time again by discrediting his "back time" and adding this time to the remaining balance exceeding his originally imposed maximum sentence by @ 7 years, 10 months, and 13 days._

(b) If you did not exhaust your state remedies on Ground One, explain why: _In the matters of parole I do not have to exhaust state remedies to file a Habeas Corpus._

(c) **Direct Appeal of Ground One:**

(1) If you appealed from the judgment of conviction, did you raise this issue?
Yes ☒    No ☐

(2) If you did <u>not</u> raise this issue in your direct appeal, explain why: _Appeal is against the judgement made by the Pennsylvania Board of Probation and Parole_

(d) **Post-Conviction Proceedings:**

(1) Did you raise this issue through a post-conviction motion or petition for habeas corpus in a state trial court?
Yes ☒    No ☐

(2) If your answer to Question (d)(1) is "Yes," state:

Type of motion or petition: _Petition for Review in the Nature of a Complaint_

Name and location of the court where the motion or petition was filed: _The Commonwealth Court of Pennsylvania, Harrisburg, PA_

Docket or case number (if you know): _633-CD-2025_

Date of the court's decision: _~~pending~~ decision awaiting_

Result (attach a copy of the court's opinion or order, if available): _____

_____

_____

(3) Did you receive a hearing on your motion or petition?

    Yes ☐  No ☒

(4) Did you appeal from the denial of your motion or petition?

    Yes ☐  No ☒

(5) If your answer to Question (d)(4) is "Yes," did you raise this issue in the appeal?

    Yes ☐  No ☐

(6) If your answer to Question (d)(4) is "Yes," state:

Name and location of the court where the appeal was filed: _____

_____

Docket or case number (if you know): _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available): _____

_____

(7) If your answer to Question (d)(4) or Question (d)(5) is "No," explain why you did not raise this issue:

An appeal has not been raised at this time, Petitioner is awaiting the Court's decision.

_____

(e) **Other Remedies:** Describe any other procedures (such as habeas corpus, administrative remedies, etc.) that you have used to exhaust your state remedies on Ground One: Administrative Review sent to Pennsylvania Board of Probation and Parole

**GROUND TWO:** Eighth Amendment Violation

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.): The Parole Board is in violation of Petitioner's Eighth Amendment Right to protection from cruel and unusual punishment by punishing the petitioner to serve additional time not imposed by the original sentencing court.

_____

_____

(b) If you did not exhaust your state remedies on Ground Two, explain why: *In the matters of parole I do not have to exhaust state remedies to file a Habeas Corpus*

_____

(c) **Direct Appeal of Ground Two:**

(1) If you appealed from the judgment of conviction, did you raise this issue?

Yes ☒ No ☐

(2) If you did *not* raise this issue in your direct appeal, explain why: *Appeal is against the judgement made by the Pennsylvania Board of Probation and Parole*

(d) **Post-Conviction Proceedings:**

(1) Did you raise this issue through a post-conviction motion or petition for habeas corpus in a state trial court?

Yes ☒ No ☐

(2) If your answer to Question (d)(1) is "Yes," state:

Type of motion or petition: *Petition for Review in the Nature of a Complaint*

Name and location of the court where the motion or petition was filed: *The Commonwealth Court of Pennsylvania, Harrisburg, PA*

Docket or case number (if you know): *633-CD-2023*

Date of the court's decision: *Awaiting decision*

Result (attach a copy of the court's opinion or order, if available): _____

_____

(3) Did you receive a hearing on your motion or petition?

Yes ☐ No ☒

(4) Did you appeal from the denial of your motion or petition?

Yes ☐ No ☒

(5) If your answer to Question (d)(4) is "Yes," did you raise this issue in the appeal?

Yes ☐ No ☐

(6) If your answer to Question (d)(4) is "Yes," state:

Name and location of the court where the appeal was filed: _____

_____

Docket or case number (if you know): _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available): _____

_____

(7) If your answer to Question (d)(4) or Question (d)(5) is "No," explain why you did not raise this issue:

*An appeal has not been raised at this time, Petitioner is awaiting the Court's decision*

(e) **Other Remedies:** Describe any other procedures (such as habeas corpus, administrative remedies, etc.) that you have used to exhaust your state remedies on Ground Two: *Administrative Review sent to The Pennsylvania Board of Probation and Parole.*

**GROUND THREE:** *Fourteenth Amendment Violation*

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.): *The Parole Board is in violation of Petitioner's Fourteenth Amendment Right by depriving him of life, liberty, or property without due process and denying him equal protection of the law by putting him twice in jeopardy making him serve an additional sentence punishing him cruelly and unusually.*

(b) If you did not exhaust your state remedies on Ground Three, explain why: *In the matters of parole I do not have to exhaust state remedies to file a Habeas Corpus*

(c) **Direct Appeal of Ground Three:**

(1) If you appealed from the judgment of conviction, did you raise this issue?

Yes ☑  No ☐

(2) If you did not raise this issue in your direct appeal, explain why: _____

(d) **Post-Conviction Proceedings:**

(1) Did you raise this issue through a post-conviction motion or petition for habeas corpus in a state trial court?

Yes ☑  No ☐

(2) If your answer to Question (d)(1) is "Yes," state:

Type of motion or petition: *Petition for Review in the Nature of a Complaint*

Name and location of the court where the motion or petition was filed: _____

*The Commonwealth Court of Pennsylvania, Harrisburg, PA*

Docket or case number (if you know): 633-CD-2025

Date of the court's decision: Awaiting decision

Result (attach a copy of the court's opinion or order, if available): _____

_____

_____

(3) Did you receive a hearing on your motion or petition?

    Yes ☐ No ☒

(4) Did you appeal from the denial of your motion or petition?

    Yes ☐ No ☒

(5) If your answer to Question (d)(4) is "Yes," did you raise this issue in the appeal?

    Yes ☐ No ☐

(6) If your answer to Question (d)(4) is "Yes," state:

Name and location of the court where the appeal was filed: _____

Docket or case number (if you know): _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available): _____

_____

_____

(7) If your answer to Question (d)(4) or Question (d)(5) is "No," explain why you did not raise this issue:

Appeal has not been raised at this time, Petitioner is awaiting the Court's decision

_____

(e) **Other Remedies:** Describe any other procedures (such as habeas corpus, administrative remedies, etc.) that you have used to exhaust your state remedies on Ground Three: Administrative Review sent to The Pennsylvania Board of Probation and Parole.

_____

**GROUND FOUR:** Subject Matter Jurisdiction of the Pennsylvania Board of Probation and Parole

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.): The Board of Parole lacks jurisdiction to take a parollee's judicially imposed sentence and create a recalculation of a maximum sentence. Changing an imposed sentence is illegal and against the original sentencing Judge's order. Such actions violate Petitioner's Fifth, Eighth, and Fourteenth Amendment Rights.

(b) If you did not exhaust your state remedies on Ground Four, explain why: *In the matters of Parole I do not have to exhaust state Remedies to file a Habeas Corpus.*

(c) **Direct Appeal of Ground Four:**

(1) If you appealed from the judgment of conviction, did you raise this issue?

Yes ☒ No ☐

(2) If you did not raise this issue in your direct appeal, explain why: _____

(d) **Post-Conviction Proceedings:**

(1) Did you raise this issue through a post-conviction motion or petition for habeas corpus in a state trial court?

Yes ☒ No ☐

(2) If your answer to Question (d)(1) is "Yes," state:

Type of motion or petition: *Petition for Review in the Nature of a Complaint*

Name and location of the court where the motion or petition was filed: *The Commonwealth Court of Pennsylvania, Harrisburg, PA*

Docket or case number (if you know): *633-CD-2025*

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available): _____

(3) Did you receive a hearing on your motion or petition?

Yes ☐ No ☒

(4) Did you appeal from the denial of your motion or petition?

Yes ☐ No ☒

(5) If your answer to Question (d)(4) is "Yes," did you raise this issue in the appeal?

Yes ☐ No ☒

(6) If your answer to Question (d)(4) is "Yes," state:

Name and location of the court where the appeal was filed: _____

Docket or case number (if you know): _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available): _____

(7) If your answer to Question (d)(4) or Question (d)(5) is "No," explain why you did not raise this issue:

*petitioner is awaiting decision to be made by the Court*

(e) **Other Remedies:** Describe any other procedures (such as habeas corpus, administrative remedies, etc.) that you have used to exhaust your state remedies on Ground Four: *Administrative Review sent to The Pennsylvania Board of Probation and Parole.*

13. Please answer these additional questions about the petition you are filing:

   (a) Have all grounds for relief that you have raised in this petition been presented to the highest state court having jurisdiction?   Yes ☒ No ☐

   If your answer is "No," state which grounds have not been so presented and give your reason(s) for not presenting them: _____

   (b) Is there any ground in this petition that has not been presented in some state or federal court? If so, which ground or grounds have not been presented, and state your reasons for not presenting them: _____

14. Have you previously filed any type of petition, application, or motion in a federal court regarding the conviction that you challenge in this petition?   Yes ☐ No ☒

   If "Yes," state the name and location of the court, the docket or case number, the type of proceeding, the issues raised, the date of the court's decision, and the result for each petition, application, or motion filed. Attach a copy of any court opinion or order, if available. _____

15. Do you have any petition or appeal <u>now pending</u> (filed and not decided yet) in any court, either state or federal, for the judgment you are challenging?   Yes ☒   No ☐

If "Yes," state the name and location of the court, the docket or case number, the type of proceeding, and the issues raised. The Commonwealth Court of Pennsylvania, Harrisburg, PA
☒ Case No: 633-CD-2025.
All issues raised are on pg 3 (9)(F) of this
application

16. Give the name and address, if you know, of each attorney who represented you in the following stages of the judgment you are challenging:

    (a) At preliminary hearing: ~~Pro-Se~~

    (b) At arraignment and plea: _____

    (c) At trial: _____

    (d) At sentencing: _____

    (e) On appeal: _____

    (f) In any post-conviction proceeding: Pro-Se

    (g) On appeal from any ruling against you in a post-conviction proceeding: Pro-Se

17. Do you have any future sentence to serve after you complete the sentence for the judgment that you are challenging?      Yes ☐ No ☒

    (a)  If so, give name and location of court that imposed the other sentence you will serve in the future: _____

    (b) Give the date the other sentence was imposed: _____

    (c) Give the length of the other sentence: _____

    (d) Have you filed, or do you plan to file, any petition that challenges the judgment or sentence to be served in the future?     Yes ☒ No ☐

18. TIMELINESS OF PETITION: If your judgment of conviction became final over one year ago, you must explain
why the one-year statute of limitations as contained in 28 U.S.C. § 2244(d) does not bar your petition.*

The decision of the Parole Board was set and recorded
on February 28, 2025. Petitioner then filed an
Administrative Review dated March 17, 2025. Then a
Notice of Appeal was sent to The Commonwealth Court of
Pennsylvania in response to the Board's Affirmation. The
Commonwealth Court of Pennsylvania then requested the Petitioner
to submit a complaint in the form of a brief. Said brief
was mailed on July 17, 2025 and awaiting response of the
court.

* The Antiterrorism and Effective Death Penalty Act of 1996 ("AEDPA") as contained in 28 U.S.C. § 2244(d)
provides in part that:

(1) A one-year period of limitation shall apply to an application for a writ of habeas corpus by a person in
custody pursuant to the judgment of a State court.  The limitation period shall run from the latest of —
        (A) the date on which the judgment became final by the conclusion of direct review or the expiration of the
        time for seeking such review;
        (B) the date on which the impediment to filing an application created by State action in violation of the
        Constitution or laws of the United States is removed, if the applicant was prevented from filing by such
        state action;
        (C) the date on which the constitutional right asserted was initially recognized by the Supreme Court, if the
        right has been newly recognized by the Supreme Court and made retroactively applicable to cases on
        collateral review; or
        (D) the date on which the factual predicate of the claim or claims presented could have been discovered
        through the exercise of due diligence.
(2) The time during which a properly filed application for State post-conviction or other collateral review with
respect to the pertinent judgment or claim is pending shall not be counted toward any period of limitation under
this subsection.

Page 15

Therefore, petitioner asks that the Court grant the following relief: *Reverse the Parole Board's decission illegally extending petitioners orignally imposed maximium sentence.*

or any other relief to which petitioner may be entitled.

_____
Signature of Attorney (if any)

I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct and that this Petition for Writ of Habeas Corpus was placed in the prison mailing system on _____

*August 7, 2025* _____ (month, date, year).

Executed (signed) on ___*8/7/25*_____ (date).

_____
Signature of Petitioner

If the person signing is not petitioner, state relationship to petitioner and explain why petitioner is not signing this petition. _____

_____

_____

* * * * *

Michael Bacino
MR 5543
SCI - Frackville
1111 Altamont Blvd
Frackville, PA 17931

INMATE MAIL
PA DEPT OF
CORRECTIONS
HARRISBURG PA
22 AUG 2025 PM

US POSTAGE
quadient
FIRST-CLASS MAIL
IMI
$001.32
08/22/2025 ZIP 17932
041M31200Z5550

Clerk
United States District Court
Middle District of Pennsylvania
P.O. Box 1148
Scranton, PA 18501-

RECEIVED
SCRANTON

AUG 2 5

PER _____
DEPUTY CLERK

18501-114848