IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **MICHAEL BOCINA,** | : | |
| Petitioner | : | No. 1:25-cv-01592 |
| | : | |
| v. | : | (Judge Kane) |
| | : | |
| **KATHY BRITTAIN, et al.,** | : | |
| Respondents | : | |

## ORDER

**AND NOW**, on this 31st day of October 2025, upon consideration of pro se Petitioner Michael Bocina ("Bocina")'s petition for a writ of habeas corpus under 28 U.S.C. § 2254 (Doc. No. 1), and in accordance with the accompanying Memorandum, **IT IS ORDERED THAT**:

1. The petition for a writ of habeas corpus under 28 U.S.C. § 2254 (Doc. No. 1) is **DEEMED FILED**;

2. The petition for a writ of habeas corpus under 28 U.S.C. § 2254 (Doc. No. 1) is **DISMISSED WITHOUT PREJUDICE**;

3. A certificate of appealability **SHALL NOT ISSUE**;

4. The Clerk of Court is directed to **SEND** copies of this Order and the accompanying Memorandum to Bocina, see R. 4, 28 U.S.C. foll. § 2254; and

5. The Clerk of Court is directed to **CLOSE** this case.

s/ Yvette Kane
Yvette Kane, District Judge
United States District Court
Middle District of Pennsylvania
